# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GIROD REO, LLC

VERSUS

EDENBORNE DEVELOPMENT CO,
LLC, LYON TOWNSHIP
PROPERTIES, LLC, WJF LIMITED
LIABILITY COMPANY, WILLIAM
G. CLARK, R.D. WAYNE
DEVELOPMENT CO., LLC,
REGINALD D. WAYNE, AND CIC
DEVELOPMENT CO., LLC

NO.   2025 CW 0380

JULY 11, 2025

---

In Re:   Girod REO, LLC, applying for supervisory writs, 23rd
Judicial District Court, Parish of Ascension, No.
132390.

---

BEFORE:   McCLENDON, C.J., GREENE, STROMBERG, BALFOUR AND FIELDS,
JJ.

**WRIT GRANTED IN PART AND DENIED IN PART.** The district court's
March 25, 2025 judgment granting defendants' motion for separate
appraisement and judicial sale is reversed. When a party raises a
motion that must be proven, it is that party's burden to present
evidence establishing the claims made therein. **Landis Const. Co.
L.L.C v. State**, 2015-1167 (La. App. 1st Cir. 2/29/16), 199 So.3d
1, 2. "Evidence not properly and officially offered and introduced
cannot be considered, even if it is physically placed in the
record. Documents attached to memoranda do not constitute evidence
and cannot be considered as such on appeal." **Denoux v. Vessel
Management Services, Inc.**, 2007-2143 (La. 5/21/08), 983 So.2d 84,
88. The only evidence admitted at the hearing were three maps
introduced by defendants. Defendants failed to meet their burden
of proof on the motion. Accordingly, defendants' motion for
separate appraisement and judicial sale is denied. The writ is
denied in all other respects.

PMc
HG
KEB
WEF

Stromberg, J., dissents and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT